UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDY CRUZ GOMEZ,

        Plaintiff,

    v.

NEW CHAMPION PROMOTIONS, LLC, et al.,

        Defendants.

Case No. 23-cv-06608-WHO

**ORDER DISMISSING CLAIMS AND ADMINISTRATIVELY CLOSING CASE**

Re: Dkt. No. 162

In accordance with the Stipulation for Dismissal filed by plaintiff/cross-defendant Andy Cruz Gomez and defendants/cross-complainants New Champion Promotions, LLC and Jesse Rodriguez, the claims between them are DISMISSED WITH PREJUDICE. The Stipulation does not affect any claims between New Champion Promotions, LLC and Matchroom Boxing USA, LLC, which are subject to arbitration pursuant to the parties' Stipulation and my Order at Docket No. 71.

The Clerk shall administratively close the file. This Order shall not be considered a dismissal or disposition of this action against New Champion Promotions, LLC or Matchroom Boxing USA, LLC. If further proceedings become necessary, New Champion Promotions, LLC or Matchroom Boxing USA, LLC may initiate them following the conclusion of arbitration in the same manner as if this case had not been administratively closed.

**IT IS SO ORDERED.**

Dated: July 10, 2026

_____
William H. Orrick
United States District Judge